A separate Order accompanies this Memorandum Opinion.

**L. RUTHER, Plaintiff,**

v.

**Barry GASH, et al., Defendants.**

**Civil Action No. 17–553 (UNA)**

United States District Court, District of Columbia.

Signed 8/22/2017

Filed 08/29/2017

L. RUTHER, Manassas, VA, pro se.

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. It appears that plaintiff has filed, and the Court has dismissed, a substantially similar complaint against these same defendants. *See Ruther v. Gash*, No. 17–cv–1405 (D.D.C. Aug. 14, 2017). The Court will dismiss this civil action without prejudice as duplicative.

An Order is issued separately.